

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Shawn Cantrell and Jamie Cantrell,
Appellants

No. 06-25-00037-CV        v.

Sanjay Singhania and Sapna Singhania,
Appellees

Appeal from the 431st District Court of Denton County, Texas (Tr. Ct. No. 24-7094-431). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellants, Shawn Cantrell and Jamie Cantrell, pay all costs incurred by reason of this appeal.

RENDERED SEPTEMBER 18, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk